# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANNY JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERRY SPANGLER, ET AL., ) <br> ) <br> Defendants. ) | Civil No. 3:22-cv-700 <br> Judge Trauger |

## O R D E R

On March 18, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 27), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute, and the pending Motion to Dismiss (Doc. No. 22) is DENIED AS MOOT.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge